IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AARON Y. RUBIN and FAY RUBIN, Individually, and on behalf of all other similarly situated persons,<br><br>    Plaintiff,<br><br>vs.<br><br>WINTRUST MORTGAGE and ABC Corp. 1-5,<br><br>    Defendant. | Case No.: 2:17-cv-08201-KSH-CLW |

COMES NOW Plaintiffs Aaron and Fay Rubin, by and through their attorney of record dismissing Defendant Wintrust Mortgage from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated this 2nd day of November, 2017.

Respectfully Submitted,

/s/ Daniel Zemel
Daniel Zemel Esq., DZ9899
Zemel Law, LLC
78 John Miller Way, Suite 430
Kearny, New Jersey 07032
Phone: 862-227-3106
dz@zemellawllc.com
*Attorneys for Plaintiff*

So ordered: 11/2/17

[signature]

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2017 a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF system.

_s/ Daniel Zemel_
Daniel Zemel, Esq.
